IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00171-BNB

DAVID L. JACKSON,

    Applicant,

v.

BLAKE R. DAVIS,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 9 2009

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Applicant David L. Jackson is in the custody of the United States Bureau of Prisons and currently is incarcerated at USP Florence. On January 21, 2009, Mr. Jackson submitted to the Court an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

Magistrate Judge Boyd N. Boland entered an order, on January 28, 2009, directing the Clerk of the Court to commence a civil action and instructing Mr. Jackson either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action or to pay the filing fee. Mr. Jackson was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Mr. Jackson now has failed to communicate with the Court, and as a result he has failed to cure the deficiency within the time allowed. The Court has reviewed the

case file, concurs with Magistrate Judge Boland's determinations, and finds that the action should be dismissed for failure to cure the noted deficiency. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiency within the time allowed.

DATED at Denver, Colorado, this 6 day of March, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00171-BNB

David L. Jackson
Reg. No. 27944-013
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed and a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/9/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk