IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00171-BNB

DAVID L. JACKSON,

    Applicant,

v.

BLAKE R. DAVIS,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 04 2009

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Applicant David L. Jackson is in the custody of the United States Bureau of Prisons and currently is incarcerated at USP Florence. On January 21, 2009, Mr. Jackson submitted to the Court an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

Magistrate Judge Boyd N. Boland entered an order, on January 28, 2009, directing the Clerk of the Court to commence a civil action and instructing Mr. Jackson either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action or to pay the filing fee. Mr. Jackson was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

On March 9, 2009, the Court entered an Order of Dismissal, finding that Mr. Jackson failed to comply with the January 28, 2009, Order within the time allowed. Mr. Jackson filed a Letter on March 16, 2009, indicating that he had paid the $5.00 filing

fee. Upon review of Mr. Jackson's account statement attached to the March 16, 2009, Letter, and the Court's financial records, the Court determined that the action should be reinstated. The Clerk of the Court had inadvertently returned Mr. Jackson's $5.00 payment to him. On April 1, 2009, Mr. Jackson again was directed either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action or in the alternative to pay the $5.00 filing fee within thirty days. Mr. Jackson was instructed that if he failed to comply with the April 1, 2009, Order the action would be dismissed without further notice.

Mr. Jackson now has failed to communicate with the Court and as a result he has failed to comply with the April 1, 2009, Order within the time allowed. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to comply with the April 1, 2009, Order within the time allowed.

DATED at Denver, Colorado, this 3 day of June, 2009.

BY THE COURT:

*Zita L. Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00171-BNB

David L. Jackson
Reg. No. 27944-013
USP - Florence
PO Box 7000
Florence, CO 81226

I hereby certify that I have mailed and a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/4/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk